```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JOSEPH MOSHKOVSKY,

                    Plaintiff,

     - against -                                    O R D E R

NILI LOTAN DESIGN STUDIO, LLC,                      10 Civ. 970 (NRB)
NILI LOTAN RETAIL, LLC, and
DUANE STREET DESIGN STUDIO, LLC,

                    Defendants.
------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Pursuant to 28 U.S.C. § 157(a) and the standing order of Acting Chief Judge Robert J. Ward dated July 11, 1984,

**IT IS HEREBY ORDERED** that this action is transferred forthwith to the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York, to be administered in conjunction with the Chapter 11 Proceedings of Duane Street Design Studio, LLC, Case No. 10-10044(REG).

**SO ORDERED.**

Dated:   New York, New York
         February 23, 2010

                                            _____
                                            Victor Marrero (Part I)
                                            ~~NAOMI REICE BUCHWALD~~
                                            UNITED STATES DISTRICT JUDGE